# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SCRUM ALLIANCE, INC. | § |
| | § |
| v. | § Civil Action No. 4:20-CV-00227-ALM |
| | § Judge Mazzant |
| SCRUM, INC., JEFF SUTHERLAND, JJ SUTHERLAND | § |
| | § |

**ORDER**

Pending before the Court is Plaintiff's Motion for Expedited Jurisdictional and Venue Discovery (Dkt. #32). The Court finds that Plaintiff has since conducted at least the majority of the discovery it requested in its Motion. *See* (Dkt. #57). Accordingly, Plaintiff's Motion for Expedited Jurisdictional and Venue Discovery (Dkt. #32) is **DENIED as moot**.

SIGNED this 6th day of August, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE