# EXHIBIT A

# EXPERT REPORT OF DAVID FRANKLYN REGARDING SURVEY TO ASSESS CONFUSION BETWEEN CERTIFIED SCRUMMASTER AND LICENSED SCRUM MASTER CERTIFICATIONS

PREPARED BY:
David Franklyn
328 Midvale Avenue
San Mateo, CA, 94403

October 2020

## *TABLE OF CONTENTS*

Page #

BACKGROUND AND PURPOSE------------------------------------------------ 2
STUDY AUTHORSHIP AND RESPONSIBILITY----------------------------- 5
STUDY OVERVIEW---------------------------------------------------------------- 6
KEY FINDINGS -------------------------------------------------------------------- 7
SURVEY METHODOLOGY------------------------------------------------------- 7
    SURVEY OVERVIEW ------------------------------------------------------ 7
    EXPERIMENTAL DESIGN ----------------------------------------------- 8
    THE RELEVANT UNIVERSE OF INTEREST------------------------- 15
    SAMPLING PLAN------------------------------------------------------------ 21
    DOUBLE-BLIND INTERVIEWING--------------------------------------- 22
    INTERVIEWING PROCEDURES------------------------------------------ 22
    DATA PROCESSING-------------------------------------------------------- 23
    INTERVIEWING PERIOD -------------------------------------------------- 23
    QUALITY CONTROL-------------------------------------------------------- 23
DETAILED SURVEY REPORT --------------------------------------------------- 25
CONCLUSION ---------------------------------------------------------------------- 37

APPENDIX A:   CURRICULUM VITAE OF STUDY'S AUTHOR
APPENDIX B:   QUESTIONNAIRE AND TESTED IMAGES
APPENDIX C:   SCREENSHOTS OF SURVEY
APPENDIX D:   SURVEY DATA

## *BACKGROUND AND PURPOSE*

Since 2001, Scrum Alliance has developed and taught certification platforms enabling participants to more effectively use the Scrum framework.

Scrum Alliance offers a variety of certifications depending on track and level, with  Certified ScrumMaster being one of their most popular certification offerings.

[1]



Scrum Alliance has also registered several trademarks, including Certified ScrumMaster, Certified Scrum Trainer, and Certified Scrum Product Owner.

---

[1] Image retrieved September 23,2020 on the Scrum Alliance website

In 2019, Scrum Inc. launched a training program with the names Licensed Scrum Master, Licensed Scrum Trainer, and Licensed Scrum Product Owner.

2

   

Interested in learning Scrum?

Are you ready to change the way you work? Are you ready to do twice the work in half the time? Do you want to learn what Scrum is all about?

I'm ready to learn Scrum

Become a Licensed Scrum Trainer.

Are you committed to the Scrum Values? Are you a seasoned trainer with experience implementing true Scrum? Do you do more than train? Do you practice Scrum?

I'm ready to take the next step

**JEFF SUTHERLAND ANNOUNCES THE LICENSED SCRUM PROGRAM**

The Licensed Scrum program is designed to provide individuals and organizations with a clear path to implementing Scrum in a way that drives immediate business results and will ensure that Scrum has a lasting transformative impact on the world.

Our Licensed Scrum curriculum teaches how we actually deliver twice the work in half the time in organizations around the globe. Scrum Inc. classes include Lean principles, patterns from the Scrum Pattern Language



I have been retained to assess, using standard and generally accepted statistical and consumer market survey methods, the extent, if any, confusion that exists between the certification courses offered by Scrum Alliance, Inc. and Scrum, Inc.

---

2 Image retrieved September 23, 2020 via the Wayback Machine, which shows the Licensed Scrum website as it existed on May 23, 2020

As part of my engagement for this matter, I have reviewed the following materials:

- Memorandum Opinion and Order granting a preliminary injunction
- Opposition of Scrum, Inc., Dr. Jeff Sutherland, and JJ Sutherland to Plaintiff's Amended Application for Preliminary Injunction
- Declaration and Report of Dr. Thomas Jukam
- Rebuttal Report to the Expert Report of Dr. Jukam by Mr. Brian Sowers
- The websites referenced within the body of this report

I am being compensated at my standard hourly rate of $675.  Fees associated with my expert opinion are not contingent on the nature of my opinions or the outcome of this proceeding.

4

**STUDY AUTHORSHIP AND QUALIFICATIONS**

This study was designed, supervised, and implemented under my supervision.

I am currently a professor of Law and Business at Golden Gate University. I hold a dual appointment between the GGU School of Law and Ageno School of Business.  Within the GGU School of Law, I teach Intellectual Property Law. Within the Ageno School of Business, I teach a variety of marketing and survey design classes. I am also the Director of the McCarthy Institute, and editor-in-chief and coauthor of McCarthy's Desk Encyclopedia of Intellectual Property Law.

Formerly, between 2000 and 2018, I was a professor of Law and Executive Director of the McCarthy Institute for Intellectual Property and Technology Law at USF and Director of the Center for the Empirical Study of Trademark Law (CEST)

I have consulted and/or qualified as an expert witness on behalf of clients in numerous cases involving consumer perception and behavior issues and related damages issues, including in matters in the United States (federal and various state courts), Asia, the European Union, the Middle East and South America.

In addition to my survey research experience, I hold a J.D. from University of Michigan Law School.  Additional biographical material, including lists of testimony and publications, is provided in Appendix A.

David J. Franklyn

5

David J. Franklyn, October 2020

**STUDY OVERVIEW**

In order to test levels of confusion between Certified ScrumMaster and Licensed Scrum Master, I conducted a survey consisting of three cells.

In Cell A, as described in more detail below, respondents within the interested universe (indicate that they participate in projects requiring project management software, and who have completed or are likely to complete a certification course for a project management framework) were shown a screenshot of the Scrum Alliance website highlighting the Certified Scrum Master certification program. After reviewing this website, they were then shown the website for Scrum, Inc. as it appeared in May 2020, and featured the Licensed Scrum Master certification project.

In Cell B, a control cell, all elements of the survey were identical, except that consumers were shown the website for a similar project management certification course, Comptia Project+.  Comptia Project+ is a leading project management framework, and references Scrum Alliance within the body of their certification course language.

In Cell C, a second control cell, all elements of the survey were identical, except that consumers were shown the website for a similar project management certification course,  Project Management Professional. Project Management Professional is a leading project management framework.

6

**KEY FINDINGS**

    A.  A significant percentage of consumers in the interest universe are confused as to the relationship between Certified ScrumMaster and Licensed Scrum Master certification courses, with the preponderance being source confusion.

    B.  A significant portion of respondents cite similarities in the name when asked to provide a rationale for their source confusion between Certified ScrumMaster and Licensed Scrum Master.

    C.  Levels of source confusion between Certified ScrumMaster and Licensed Scrum Master do not vary based on prior Scrum certification.

**SURVEY METHODOLOGY**

**Survey Overview**

A total of 585 qualified respondents participated in this survey. After successfully completing screening criteria and data quality control questions, all respondents saw the current presentation of the Scrum Alliance website for the Certified ScrumMaster training program.  After reviewing this website, respondents were randomly assigned to one of three cells.

- In Cell A, respondents saw an image of the Scrum Inc. website for the Licensed Scrum Master certification program, as it existed on May 23rd, 2020

- In Cell B, respondents saw an image of the Comptia Project+ website, highlighting their certification program, as it currently exists

7

- In Cell C, respondents saw an image of the Project Management Professional website, highlighting their certification program, as it currently exists

After reviewing the second website image, respondents were asked a series of questions about source, sponsorship, approval, and affiliation with the initial website that they viewed.

After completing this section of the survey, all respondents were then asked a question about specific credentials or certifications they have earned for various project management frameworks.

## **Experimental Design**

After the initial screening/classification portion of the survey, respondents were shown an introductory screen explaining that the survey has two sections.



Respondents were then shown an image of the Scrum Alliance website and were asked whether they were able to view the image clearly.

8



While the image has been reduced in size and clarity to fit within this document, respondents had the ability to enlarge the size of the image using common browser and read all text on the image clearly.

Respondents who indicated that they could not view the image clearly were terminated.

Next, respondents were shown another set of instructions indicating that the first section of the survey had concluded and that if subsequent questions referenced the project management certification course shown in the first section, it refers to the course they had just seen.

---

**PLEASE READ INSTRUCTION CAREFULLY**

This concludes the **first section** of the survey.

If later in the survey you are asked about the project management certification course you were shown in the first section of the survey, we are referring to the project management certification course that you just saw on the last screen.

○ I understand

○ I do not understand

---

Next

---

Respondents who selected "I do not understand" were terminated.

Consumers were then shown another informational screen that they would see additional project management certification courses.

---

For the second and final section of the survey, you will be shown images of several additional project management certification course websites. For each one, please review it as if you were considering enrolling in this course.

You will be asked some questions about each project management certification course. For any question, if you do not have an opinion, please indicate so. Please do not guess.

---

Next

---

Based on random cell assignment, respondents then saw images for one of three websites.  Full-size images are provided within the appendices of this report.

## Cell A: Scrum Inc. Website



Cell B: Comptia Project+ Website



Cell C: Project Management Professional Website



Below each image, respondents were asked a question relating to source confusion among the two project management certification courses.  As part of their answer selections, respondents could indicate that they could not clearly see the image.   Those selecting this answer option were terminated.

Do you think that the project management certification course shown on this page is made or put out by . . .

○ a different company than the project management certification course you were shown in the first section of the survey

○ the same company as the project management certification course you were shown in the first section of the survey

○ No opinion/don't know

○ I was unable to view the image clearly

[Next]

Respondents indicating that it was the same company as the project management certification course they were shown in the first section of the survey were shown the image again, and asked to explain their decision.

Please explain in as much detail as possible what makes you think that the project management certification course shown on this page is made or put out by the same company as the project management certification course you were shown in the first section of the survey?

[text box]

[Next]

Consumers who indicated that the course was made or put out by a different company were asked a second question relating to sponsorship, approval, and affiliation.

Do you think the product management certification course shown on this page . . .

○ is not affiliated with, or sponsored or approved by, the company whose project management certification course you were shown in the first section of the survey

○ is affiliated with, or sponsored or approved by, the company whose project management certification course you were shown in the first section of the survey

○ No opinion/don't know

○ I was unable to view the image clearly

[Next]

14

Consumers who indicated that they believed the course is affiliated with, or sponsored or approved by, the company whose course they were shown in the first section of the survey were asked to explain their decision.

Please explain in as much detail as possible what makes you think the project management certification course shown on this webpage is affiliated with, or sponsored or approved by, the company whose project management certification course you were shown in the first section of the survey

Next

Finally, respondents were asked to select project management frameworks in which they have earned credentials or certifications.

Have you ever earned any credentials or certifications for the following project management frameworks?

☐ Six Sigma
☐ Crystal Methodology
☐ Scrum
☐ Kanban
☐ Waterfall
☐ Lean
☐ PRINCE2
☐ Agile
☐ PMI/PMBOK
☐ None of the above

Submit

Respondents were only shown response options for project management frameworks that they had previously or currently used, based on a question in the screening process.

## The Relevant Universe of Interest

The relevant universe for this survey consisted or respondents indicate that they participate in projects requiring project management software, and who have

15

completed or are likely to complete a certification course for a project management framework.

Respondents were first asked to indicate their age.



Respondents who selected "Under 18" "18 -24" or "Prefer not to answer" were terminated.

Next, respondents were asked to indicate their gender. Response options for Male and Female were randomized.



Respondents were then asked to enter their five-digit zip code.

16

Please enter your five-digit zip code.

Characters used: **0**  out of 5.

Next

Respondents were then asked a sensitive industry question.

Do you or does anyone in your household work in the following industries? Select all that apply.

☐ In market research

☐ For a company that sells human resource management software or services

☐ In advertising

☐ For a company that sells project management software or services

☐ For a company that makes or manufactures automotive parts

☐ For a company that makes or manufactures medical devices

☐ None of the above

Next

Respondents indicating that they worked in advertising, market research, or for a company that sells project management software or services were not eligible to participate in this survey.

Respondents were then asked about their working status.

17



Respondents who did not select  "Employed full-time" or "Employed part-time" were terminated.

Respondents were then asked to select the industry they work in.



Respondents were then asked to select their job title, level, or responsibility within the company.

18

Respondents who selected "Intern" "Volunteer" "Other" or "None of the above" were terminated.

Respondents were then asked how many employees work at their organization.



Respondents selecting "1" were terminated.

Respondents were then asked statements about their current job.  Statement order was randomized.  The order of "This is true about my current job" and "This is not true about my current job" were also randomized.

Consumers who did not select "This is true about my current job" for the statement "I participate in projects which require project management software" were terminated.

Consumers were then asked about their relationship with a variety of project management frameworks. The order of the project management frameworks was randomized.



Effmax was included as a fictitious project management framework to eliminate poor respondents.   If a respondent selected "I know a lot about this…" or "I have used or currently use this…" for Effmax, they were terminated.

Additionally, if a respondent had not heard of at least two of the nine project management platforms, they were terminated.

Respondents were then asked whether they have completed a certification course for any project management frameworks.



Next, respondents were asked if they were considering completing a certification course for a project management framework within the next 12 months.

Which of the following best describes you…

○ I <u>am considering</u> completing a certification course for a project management framework within the next 12 months
○ I <u>am not considering</u> completing a certification course for a project management framework within the next 12 months
○ I do not know or have no opinion

**Next**

Respondents who indicated that they had never completed a certification course <u>and</u> were not considering completing a certification course were terminated.

## **Sampling Plan**

The sampling plan involved a random selection of consumers who are part of an online panel.

Online surveys are well-accepted in the field of survey research as a standard, reliable methodology.  Indeed, online surveys are now the most common method of conducting market research among consumers.  Businesses and other organizations routinely make decisions of importance based on the results of online survey research among consumers, and online surveys have been accepted in evidence in numerous U.S. District Court cases.  I have personally designed and executed numerous internet surveys that have been accepted by courts.

The sample of panelists used in the survey was provided by Lucid, a leading supplier of online sample for surveys.  Lucid offers the world's largest pool of global respondents and is highly regarded as a reputable source of respondents for online surveys within the field of market research.  Lucid utilizes appropriate industry procedures for ensuring the integrity and quality of its panels, and regularly tracks quality and authentication metrics through a variety of metrics including their proprietary QScore, which grades suppliers based on standard

21

survey response metrics, through the acceptance of buyer-accepted survey completes, and through the consistency of responses over time.

Lucid also ensures data integrity through their continued review of their panelists' behavior on a variety of metrics to reduce sampling bias, including their tracking of brand preference, value-seeking behavior, and technology usage.

## Double-Blind Interviewing

It is important to point out that the study was administered under "double-blind" conditions.  Respondents were uninformed as to the purpose and sponsorship of the study.  The survey is also, by definition, "blind" in that there is no person administering the survey and can do anything to influence the results.

## Interviewing Procedures

The online survey questionnaire was constructed, programmed, and hosted under my direction by Halsted Strategy Group, a leading market research company with expertise in online survey design, programming and data collection and processing.  Halsted Strategy Group staff and I thoroughly tested the programmed survey prior to any potential respondents receiving the invitation to participate in the survey.

22

### Data Processing

Data was collected by Halsted Strategy Group through its online portal.  The data set showing each respondent's answers to all questions will be provided in electronic form.

### Interviewing Period

Interviewing was conducted September 25th , 2020 through September 26th, 2020.

### Quality Control

Several quality control metrics were employed to ensure the validity of consumer responses.

Respondents were required to complete a CAPTCHA.  CAPTCHA is widely used in online surveys within the world of market research, in order to eliminate computer programs from taking the survey.



Respondents were first provided with a detailed list of instructions and were asked to agree to these instructions in order to participate in the survey.

You have qualified to take this survey. Before continuing, please carefully read these instructions:

* Please take the survey in one session without interruption.
* Please keep your browser maximized for the entire survey.
* While taking the survey, please do not consult any other websites or other electronic or written materials.
* Please answer all questions on your own without consulting any other person.
* Please do not guess. If you don't know for any question, please indicate so.
* If you normally wear eye glasses or contact lenses when viewing a computer screen, please wear them for the survey.

○ I understand and agree to the above instructions

○ I do not understand or do not agree to the above instructions

_____

[Next]

Respondents who indicated that they did not understand or agree to the instructions were terminated from the survey.

Third, respondents were required to complete a quality assurance question, and were required to enter "west" in the blank next to the "other" option. Respondents who clicked any of the first five options were immediately terminated.

For quality assurance, please type the word "west" in the blank next to the "Other" box below and then click to continue.

○ Strongly agree
○ Agree
○ Neutral
○ Disagree
○ Strongly disagree
○ Other [          ]

[Next]

This ensures that respondents are actively paying attention to the survey questions.

Furthermore, the survey was restricted from being taken on mobile phones to ensure clear viewing of the stimuli.

24

Finally, the dataset was cleaned prior to analysis.   This includes the removal of gibberish or non-sensical responses to open ended questions, the removal of respondents who did not correctly enter "west" at the attention check question, and those who took longer than 36 minutes to complete the survey (which is five times longer than the median survey completion time of seven minutes and seventeen seconds).

## DETAILED SURVEY REPORT

585 qualified respondents participated in this survey, which tested levels of confusion between the Scrum Alliance, Inc. and Scrum, Inc..

As more fully explained in the Experimental Design section, this survey consisted of first showing an interested universe of respondents an image of the Certified ScrumMaster certification course website. After viewing this website, respondents were shown a second website for either a Licensed Scrum Master, Comptia Project+, or Project Management Professional certification course.

After viewing the second image, respondents were asked a series of questions around source, sponsorship, and affiliation.  Those indicating a relationship were asked to explain their answers in detail.

Finally, respondents were asked about their part certification for leading project management frameworks.

### Relevant Universe of Interest

As more fully described in the Relevant Universe section, the relevant universe for this survey consisted or respondents indicate that they participate in projects

25

requiring project management software, and who have completed or are likely to complete a certification course for a project management framework.

**Detailed Survey Results**

**A. *A significant percentage of consumers in the interest universe are confused as to the relationship between Certified ScrumMaster and Licensed Scrum Master certification courses, with the preponderance being source confusion.***

After first viewing an image of the Certified ScrumMaster course website, respondents were shown a second website depending on cell assignment.

Consumers were asked a question about whether or not they thought the certification courses are related.

Table I – Source Confusion Between Certification Courses

Do you think that the project management certification course shown on this page is made or put out by…

|  | Cell A – Licensed Scrum Master | Cell B – Comptia Project+ | Cell C – PMP |
|---|---|---|---|
|  | n = 190 | n = 197 | n = 198 |
| the same company as the project management certification course you were shown in the first section of the survey | 55% | 13% | 16% |
| a different company than the project | 38% | 82% | 77% |

26

| | | | |
|---|---|---|---|
| management certification course you were shown in the first section of the survey | | | |
| No opinion/don't know | 7% | 5% | 7% |
| I was unable to view the image clearly | 0% | 0% | 0% |

The majority of respondents (55%) in the interested universe believe that the Certified ScrumMaster and Licensed Scrum Master certification courses are made or put out by the same company.   This is significantly higher than either control cell, which fall within the 14% – 16% range of source confusion between the certification courses.

After subtracting the percentage of source confusion found in control cells, the net source confusion level between Certified ScrumMaster and Licensed Scrum Master is between 39% and 41%.

Respondents who selected that the websites were from different companies or indicated that they did not know were asked a second question relating to sponsorship and affiliation between the project management certification courses.

Table II – Affiliation, Sponsorship, or Approval Confusion Between Certification Courses

> Here is the same project management certification course you were just shown, in case you would like to review.   Do you think the product management certification course shown on this page…

|  | Cell A – Licensed Scrum Master<br><br>n = 85 | Cell B – Comptia Project+<br><br>n = 171 | Cell C – PMP<br><br>n = 167 |
|---|---|---|---|
| is affiliated with, or sponsored or approved by, the company whose project management certification course you were shown in the first section of the survey | 25% | 24% | 19% |
| is not affiliated with, or sponsored or approved by, the company whose project management certification course you were shown in the first section of the survey | 60% | 64% | 71% |
| No opinion/don't know | 15% | 12% | 11% |
| I was unable to view the image clearly | 0% | 0% | 0% |

Among this subset of respondents, levels of affiliation, sponsorship, or approval are statistically similar, with all tested images generating between 19 to 25% of confusion.


In creating a "net" confusion score, I first totaled the number of respondents that identified each website as related to the  Certified ScrumMaster certification program through the indication that it is either:

- Made or put out by the same company as the project management certification course you were shown in the first section of the survey
- Is affiliated with, or sponsored or approved by, the company whose project management certification course you were shown in the first section of the survey

28

The results of this are:

- Licensed Scrum Master – 126 out of 190 respondents (66%)
- Comptia Project+ – 67 out of 199 respondents (34%)
- Project Management Professional – 62 out of 199 respondents (31%)

By subtracting the control cells (Comptia Project+ and Project Management Professional), this creates a net confusion of between 32 and 35% for Licensed Scrum Master.

For the control cells used within this survey, both are leading project management platforms.   I selected one control that made a reference to Scrum Alliance, Inc. and one control which did not.

Within the Comptia Project+ page, there is a specific mention of the Scrum platform and a specific mention of Scrum Alliance, stating that "Project+ covers a high-level introduction to Agile as part of one of the objectives. If an individual would like to focus on Scrum, he/she would take Scrum Alliance's Certified Scrum Master certification." [3]

Within the Project Management Professional page, there are no mentions of Scrum as a project management framework, or any mention of Scrum Alliance, Inc..

I have included the sponsorship and affiliation in the total confusion rates to create a net confusion score.  I find the primary directional indicator within this data to be the difference in source confusion (39% to 41%). As noted above, there is a referential use of the Scrum Alliance company name in the Comptia Project+

[3] https://www.comptia.org/certifications/project

29

framework description. This referential use does not create significantly different levels of confusion from the Project Management Professional control.  In reviewing the open-ended responses for sponsorship or affiliations within these two control cells, there were three responses which referenced this relationship between Comptia Project+ and Certified ScrumMaster:

- There is a mention of the Scrum Master certificate course.
- it was recommended if one would prefer to focus on Srum that one would take Scrum CSM certification.
- this course references the scrum master certification as well

These three mentions represent a de minimis portion of the interested universe.

The net overall confusion as to source, sponsorship, or affiliation (32% to 35%) is substantial.

**B.  *A significant portion of respondents cite similarities in the name when asked to provide a rationale for their source confusion between Certified ScrumMaster and Licensed Scrum Master.***

Respondents who indicated a relationship between the companies were asked to provide a detailed rationale for their response.

After reviewing these open-ended responses, many responses in the Scrum Alliance cell focused on the name of the course.

The following thirty-three verbatims highlight the confusion that exists between the two marks.

30

- Because they have same name
- Both of them are managed by scrum and have the same font and style format.   Scrum is a license brand with two other companies
- it had the same ideas and the same courses
- It has the same name
- It has the same name and background information.
- It has the same name, and the person that created Scrum is Joe Sutherland.  In order to have the same training, it would have to be a similar course.
- It has the same name, the detail is similar to 1st page
- It has the same name.
- It is the same management company earlier shown both are offering same management certification course
- It provides preparation for the same certification(s) (certified/licensed ScrumMaster), and all of the details are much the same.  This one provides more extensive descriptions.
- It represents the same company name.The course details are quite indifferent.
- it shares the same name, purpose and mission. I think this is just advanced training compared to the first page
- Project name same so i can tell this is a same company.
- same company on project management.  descriptions seem similar
- same company, same colors
- Same courses and affiliation
- Same name
- same name company as the advertisemnt in the first part certifiying project management
- Similiar names,
- the descriptions are consistent with the course information shown in the first section but this screen has much more detail.
- The first section survey showed the same company's course plan but it was decorated differently
- The first was a certification course, this is a course to obtain a license, I would believe this course is the next level for the certification.
- The institute that is offering is the same
- The name and the organization
- the name of both are very  similar
- The name of the company is same.
- The name of the first course is 'Certified Scrum Master ' which was shown in the first section of the survey . And now this course name is 'Scrum Master ' .That is why i think this two course comes from a same company .
- the wording id similar on certain topics
- Their webpage and title looks a lot similar, also there are similarities in features
- They have some of the same applications
- They have the same name (i.e., Scrum Master Training).

31

- they use the same business name..................
- yes the company is the same.. and this courses have the same function of the first section..

These 33 responses represent 17% of the interested universe.

Conversely, in the control cells, there were very few mentions of the names regarding source confusion.

In the Comptia Project+ cell, there were four mentions:

- Both have similar names.
- it is the same details
- looks same company name
- They are giving out very similar details as it was in the other description, so it leads me to believe to be the same ones.

These four mentions represent 2% of the interested universe.

There were no specific mentions on name in the Project Management Professional cell.

**C.** *Levels of source confusion between Certified ScrumMaster and Licensed Scrum Master do not vary based on prior Scrum certification.*

At the conclusion of the survey, respondents were asked about existing project management certifications.

Table III – Previous Credentials or Certifications

Have you ever earned any credentials or certifications for the following project management frameworks?

|  | Cell A – Scrum Inc. Website<br><br>n = 125 | Cell B – Comptia Project+ Website<br>n = 140 | Cell C – PMP Website<br><br>n = 127 |
|---|---|---|---|
| Six Sigma | 22% | 23% | 24% |
| Agile | 20% | 13% | 20% |
| Scrum | 19% | 13% | 15% |
| PMI/PMBOK | 12% | 12% | 9% |
| Lean | 10% | 9% | 9% |
| Waterfall | 9% | 11% | 8% |
| Kanban | 6% | 1% | 6% |
| Crystal Methodology | 2% | 4% | 7% |
| PRINCE2 | 1% | 1% | 4% |
| None of the above | 21% | 29% | 28% |

Response trends show a statistically similar pattern of prior certifications, with Six Sigma, Agile, Scrum, and PMI/PMBOK being the most earned certification levels.

Furthermore, data was analyzed based on responses to the above question. Consumers who answered this question had indicated earlier in the survey that they had previously used or currently use the Scrum project framework.  Tables IV, V, and VI show the results for all three cells of testing.

Table IV – Scrum Inc. Source Confusion Based on Previous Scrum Credentials or Certifications

Do you think that the project management certification course shown on this page is made or put out by…

33

|  | Cell A – Licensed Scrum Master<br><br>Previously used or currently use Scrum, but are not certified<br><br>n = 101 | Cell A – Licensed Scrum Master<br><br>Have earned Scrum certification<br><br>n = 24 |
|---|---|---|
| the same company as the project management certification course you were shown in the first section of the survey | 58% | 63% |
| a different company than the project management certification course you were shown in the first section of the survey | 36% | 38% |
| No opinion/don't know | 6% | 0% |
| I was unable to view the image clearly | 0% | 0% |

The results in Table V indicate that source confusion remains statistically similar among the cohort of respondents that have achieved Scrum certification. 63% of respondents with prior Scrum certification indicate source confusion between the Scrum Alliance, Inc. and Scrum, Inc. websites.

Table V  – Comptia Project+ Source Confusion Based on Previous Scrum
Credentials or Certifications

Do you think that the project management
certification course shown on this page is made
or put out by…

|  | Cell B – Comptia Project+ - <br><br>Previously used or currently use Scrum, but are not certified <br><br>n = 121 | Cell B – Comptia Project+ <br><br>Have earned Scrum certification <br><br>n = 19 |
|---|---|---|
| the same company as the project management certification course you were shown in the first section of the survey | 14% | 11% |
| a different company than the project management certification course you were shown in the first section of the survey | 82% | 84% |
| No opinion/don't know | 4% | 5% |
| I was unable to view the image clearly | 0% | 0% |

Table VI  – Project Management Professional Source Confusion Based on

Previous Scrum Credentials or Certifications

Do you think that the project management
certification course shown on this page is made
or put out by…

|  | Cell C – PMP<br><br>Previously used or currently use Scrum, but are not certified<br><br>n = 108 | Cell C – PMP<br><br>Have earned Scrum certification<br><br>n = 19 |
|---|---|---|
| the same company as the project management certification course you were shown in the first section of the survey | 12% | 21% |
| a different company than the project management certification course you were shown in the first section of the survey | 80% | 79% |
| No opinion/don't know | 8% | 0% |
| I was unable to view the image clearly | 0% | 0% |

The results in Table V and VI indicate that source confusion remains statistically

similar for other websites tested among the cohort of respondents that have

achieved Scrum certification.

While base sizes are low for those who have previously earned Scrum

certification in each of the cells, the general pattern of responses indicate that

those who have previously earned Scrum certification are no more likely to

delineate the relationship between any of the certification platforms, including the Licensed Scrum Master certification program.

11% of respondents with prior Scrum certification indicate source confusion between the Scrum Alliance, Inc. and Comptia Project+ websites.  21% of respondents with prior Scrum certification indicate source confusion between the Scrum Alliance, Inc. and Project Management Professional website.

## CONCLUSION

Based on the consumer research I describe in this report, it is clear that a significant amount of confusion exists between the Certified ScrumMaster and Licensed Scrum Master certification programs.

Among the interested universe, net source confusion is 39 to 41%.   When looking more broadly at source, sponsorship, affiliation, or connection, the net confusion is 32 and 35%.

In exploring the open-ended survey questions, it is clear that a significant percentage of consumers that indicated source confusion did so due to naming, citing identical names or naming convention.   In my analysis, I found that 17% of respondents provide the name as their rationale when comparing the Certified ScrumMaster and Licensed Scrum Master certification programs.   When Scrum Alliance was mentioned in the Comptia Project+ control cell, 2% of respondents mentioned the name.

Finally, when comparing those who have previously received Scrum certification to those who have used the Scrum framework but not received certification,

37

levels of source confusion are statistically similar, which suggests that even those consumers who are more involved with the Scrum platform are equally confused as to the relationship between Certified ScrumMaster and Licensed Scrum Master.